

**NACMIAS LAW FIRM PLLC**

592 PACIFIC STREET, 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

March 15, 2024

District Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

RE:   *JOSEPH VOLFMAN v. B & G HOSPITALITY LLC d/b/a LITTLE WAYS and WEST BROADWAY GLASS COMPANY, LLC*
**DOCKET: 1:23-cv-09953-JGK**

Dear Judge Koeltl,

The undersigned represents Joseph Volfman, the Plaintiff in the above-referenced matter. On February 15, 2024, the most recent Order was executed by Your Honor, providing that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within (30) thirty days.

To date, unfortunately, the settlement has not been finalized. Therefore, Plaintiff hereby respectfully requests the Court to extend the time to reopen the matter by thirty (30) days in order to allow defendants time to finalize settlement and file a stipulation of dismissal or for Plaintiff to file a motion to reopen the action. This is Plaintiff's first request. Defendants have confirmed settlement terms but need additional time to consummate settlement.

Thank you for your time and consideration on this matter.

Respectfully,

By: /s/ Andre Autz

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
T: 929-295-4759
aautz@nacmiaslaw.com

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
3/15/24